SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile:  (213) 252-8009
scalequalaccess@yahoo.com

Attorneys for Plaintiff,
KENNETH DAVIDSON

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH DAVIDSON,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>BRINKER RESTAURANT CORPORATION D/B/A CHILI'S GRILL & BAR #28; HUNTINGTON OAK DELAWARE PARTNERS, LLC,<br><br>　　　　Defendants. | **Case No.: 2:20-cv-02318 RSWL (SKx)**<br><br>PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION |

　　Kenneth Davidson ("Plaintiff") hereby files Plaintiff's response to this Court's Order to Show Cause "why this action should not be dismissed for lack of prosecution," due to the lack of filing of proof of service and respectfully state as follows:

\\

\\

Plaintiff's Response to Order to Show Cause - 1

1. This case was filed on March 10, 2020.

2. Sometime in mid-April of 2020, Eve Tilley-Coulson, Esq. contacted Plaintiff's counsel introducing herself as counsel to Defendant Brinker Restaurant Corporation in this matter. Defendant's counsel stated that Defendant Brinker Restaurant Corporation would attempt to resolve the entire action globally. Plaintiff promised Defendant that Plaintiff would not file a proof of service and request for entry of default onto any defendant in this action.

3. Plaintiff and Defendants expect to resolve this matter within one (1) month from now.

4. On June 11, 2020, the Court entered the Order to Show Cause.

WHEREFORE, Plaintiff respectfully requests that the Court refrain from dismissing this action and provide at least one (1) month to settle this matter, and if not, then for Defendants to file responsive pleading, if necessary.

Dated: June 17, 2020               SO. CAL. EQUAL ACCESS GROUP

                                   By:   _/s/ Jason J. Kim_____
                                         Jason J. Kim, Esq.
                                         Attorneys for Plaintiff