SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile: (213) 252-8009
scalequalaccess@yahoo.com

Attorneys for Plaintiff
KENNETH DAVIDSON

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH DAVIDSON,<br><br>      Plaintiff,<br><br>vs.<br><br>BRINKER RESTAURANT CORPORATION D/B/A CHILI'S GRILL & BAR #28; HUNTINGTON OAK DELAWARE PARTNERS, LLC,<br><br>      Defendants. | **Case No.: 2:20-cv-02318 RSWL (SKx)**<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT BRINKER RESTAURANT CORPORATION D/B/A CHILI'S GRILL & BAR #28** |

**PLEASE TAKE NOTICE** that Plaintiff KENNETH DAVIDSON ("Plaintiff") pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) hereby voluntarily dismisses Defendant BRINKER RESTAURANT CORPORATION D/B/A CHILI'S GRILL & BAR #28 ("Defendant") *without prejudice* pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) which provides in relevant part:

\\

\\

\\

(a) **Voluntary Dismissal.**

    (1)   *Without a Court Order.* Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

        (i)   A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, Defendant may be dismissed without an Order of the Court.

DATED: November 13, 2020   SO. CAL. EQUAL ACCESS GROUP

By:   */s/ Jason J. Kim*
       Jason J. Kim
       Attorneys for Plaintiff

2

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT**